## First Department, December, 1936.
### (December 1, 1936.))

Joseph Russo and Others, Appellants, v. Title Guarantee and Trust Company, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements, and case placed on calendar for trial on December 7, 1936. No opinion. Present — Martin, P. J., McAvoy, Townley, Glennon and Cohn, JJ.

Franklin Surety Company, Appellant, v. Adelson Construction & Engineering Corporation and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Townley, Glennon and Cohn, JJ.

### (December 2, 1936.)

Lena Knight, Respondent, v. Albert Manley Knight, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

### (December 4, 1936.)

Hancock Company, Inc., Appellant, v. Home Insurance Company and Others, Respondents.— Orders, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

Hancock Company, Inc., Respondent, v. Home Insurance Company and Others, Defendants, Impleaded with Ivan Escott, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ

In the Matter of the General Guardianship of the Property and Estate of Peter Alfred Constantin Maria Salm, an Infant under the Age of Fourteen Years. Application for the Removal of Millicent R. Peralta Ramos (Now Millicent Rogers Balcom), as a Co-general Guardian Herein; and for the Appointment of Substituted Co-general Guardian in Her Place. Ludwig Constantin Salm, Petitioner-Appellant; Millicent R. Peralta Ramos (Now Millicent Rogers Balcom), Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

In the Matter of the Application of Frank A. Kearns and Jonas J. Friedberg, Appellants, for an Order of Mandamus against James E. Finegan, President; Ferdinand Q. Morton and Paul Kern, Commissioners, Constituting the Municipal Civil Service Commission for the City of New York, and George U. Harvey, President of the Borough of Queens, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

The People of the State of New York ex rel. Frederick R. Fehlhaber, Appellant, v. Ethel E. Fehlhaber, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.